# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 1:15-cr-124 |
| | ) |
| v. | ) District Judge Harry S. Mattice |
| | ) |
| BILLY RAY WILSON | ) Magistrate Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 73] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count Three of the four count Indictment; (2) accept Defendant's guilty plea as to Count Three of the four count Indictment; (3) adjudicate Defendant guilty of distribution of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and (4) order that Defendant remain in custody until sentencing in this matter. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 73] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count Three of the four count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Three of the four count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of distribution of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on January 26, 2018 at 9:00 a.m. before the undersigned.

**SO ORDERED.**

       */s/ Harry S. Mattice, Jr.*
       HARRY S. MATTICE, JR.
       UNITED STATES DISTRICT JUDGE